STATE OF CONNECTICUT *v.* SALVATORE ANNUNZIATO

This court having considered the briefs filed by its order in the matter of the defendant's motion for review of the trial court's decree concerning post-conviction bail, that motion for review in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*Howard A. Jacobs,* in support of the motion.

*Ernest J. Diette, Jr.,* assistant state's attorney, in opposition.

Decided May 22, 1974

JOHN TOFFOLON ET AL. *v.* UNITED BANK AND TRUST COMPANY

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is granted unless a request for a finding is filed on·or before June 10, 1974.

*David T. Ryan,* for the appellee (defendant).

*Robert L. Hirtle,* for the appellants (plaintiffs).

Argued June 4—decided June 4, 1974

NEW ENGLAND DISTRIBUTORS, INC., ET AL. *v.* FIRST BURLINGTON CORPORATION ET AL.

The defendants' motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted unless the plaintiffs file their request for a finding and draft finding on or before June 10, 1974.

*Francis J. Wynne,* for the appellees (defendants First Burlington Corporation and Alfred E. Dean).

*Joseph Neiman,* for the appellants (plaintiffs).